IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 09-cv-02572-RPM

SCOTT J. HANDLER,

 Plaintiff,
v.

GREAT NORTHERN INSURANCE COMPANY, a/k/a and d/b/a CHUBB,

 Defendant.

---

### ORDER SETTING SCHEDULING CONFERENCE

---

 Pursuant to D.C.COLO.LCivR 16, it is

 ORDERED that a scheduling conference will be held on **January 7, 2010, at 2:00 p.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Counsel are directed to comply with the Instructions for Preparation of Scheduling Order which may be found at **http://www.cod.uscourts.gov/judges/judges.aspx** (Senior Judge Richard P. Matsch Procedures) and use the format provided with those instructions (Rev. 1/08). The proposed order (original only) on paper, shall be submitted directly to chambers by **4:00 p.m. on December 31, 2009.**

 The conference is conducted with lead counsel present in person. No parties or representatives of parties will be permitted to attend.

 Dated: November 6th, 2009

         BY THE COURT:

         s/Richard P. Matsch
         _____
         Richard P. Matsch, Senior District Judge