IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 09-cv-02572-RPM

SCOTT J. HANDLER,

    Plaintiff,

v.

GREAT NORTHERN INSURANCE COMPANY, a/k/a and d/b/a CHUBB,

    Defendant.

## ORDER DISMISSING THIRD CLAIM FOR RELIEF

At the scheduling conference held today and upon consideration of the third claim for relief in the first amended complaint, seeking recovery under C.R.S. § 10-3-1115 and 1116 and upon the legal conclusion that the cited statute is not applicable in this civil action because it does not have retroactive effect, it is

ORDERED that the third claim for relief of the first amended complaint is dismissed.

Dated: January 7th, 2010

                              BY THE COURT:

                              s/Richard P. Matsch

                              _____

                              Richard P. Matsch, Senior District Judge