IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02572-RPM - MJW

SCOTT J. HANDLER

    Plaintiff,

v.

GREAT NORTHERN INSURANCE COMPANY, a/k/a and d/b/a CHUBB.

    Defendant.

---

## ORDER REGARDING STIPULATED MOTION TO VACATE SETTLEMENT CONFERENCE ( Docket No. 18 )

**THIS MATTER**, having come before the Court, the Court having received and reviewed the parties' Stipulated Motion to Vacate Settlement Conference, having considered said Motion, and being fully advised in the premises, the Court hereby

**ORDERS** that the motion is GRANTED. The settlement conference scheduled for August 2, 2010 at 3:00 p.m. is vacated. *

DATED this 27R day of July, 2010.

\* The parties may request that a new settlement conference be set by motion.

BY THE COURT:

/s/ Michael J. Watanabe

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO

00447078