IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02572-RPM

SCOTT J. HANDLER

    Plaintiff,

v.

GREAT NORTHERN INSURANCE COMPANY, a/k/a and d/b/a CHUBB.

    Defendant.

---

### ORDER REGARDING MOTION TO SET SETTLEMENT CONFERENCE
( Docket no. 22 )

---

**THIS MATTER**, having come before the Court, the Court having received and reviewed the Defendant's Motion to Set Settlement Conference, having considered said Motion, and being fully advised in the premises, the Court hereby

**ORDERS** that the motion is GRANTED. The settlement conference scheduled for August 2, 2010 at 3:00 p.m. is vacated and is reset on November 8, 2010 at 10:00 am in Courtroom A-502, Alfred A. Arraj, US Courthouse, 901 19th Street, Denver CO 80294. Confidential Settlement Statements shall be submitted on or before November 2, 2010.

DATED this 13th day of October, 2010.

BY THE COURT:

_____
MICHAEL J. WATANABE,
US Magistrate Judge