**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. **09-cv- 02572 - RPM**

**SCOTT J. HANDLER**,

     Plaintiff,

v.

**GREAT NORTHERN INSURANCE COMPANY, a/k/a and d/b/a CHUBB**,

     Defendant.

---

**ORDER RE: STIPULATION FOR DISMISSAL**

---

**Pursuant to** the parties' Stipulation for Dismissal [29] filed today, it is

**ORDERED** that this matter is dismissed with prejudice, each party to pay their own costs, expenses, and attorneys' fees.

**DATED** this 4th day of November 2010.

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch, Senior District Judge

po92572.DOC